UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:10-CR-34-F-1

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | **ORDER AUTHORIZING** |
| ) | **FUNDS FOR TRANSLATOR** |
| RAUL AGUILAR-MARTINEZ, ) | |
| ) | |
| Defendant. ) | |

THIS CAUSE is before the Court on Defendant's Motion for Authorization of Funds for Translator, not to exceed $2400.00. Such funds are specifically authorized by the Criminal Justice Act. The motion is GRANTED to the extent that the hourly rate does not exceed $50.00 and expenses are reimbursed in accordance with the U.S. Government rate for mileage and per diem.

SO ORDERED. This the 13th day of September, 2010.

_James E. Fox_
UNITED STATES DISTRICT JUDGE